IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARCUS FIELDS**                                                                                       **PETITIONER**
**ADC #150118**

v.                                  Case No. 5:13-cv-00297-KGB/JTR

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                       **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 19). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. It is therefore ordered that petitioner's motion for default judgment is denied (Dkt. No. 10).

SO ORDERED this the 2nd day of July, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE