# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MARCUS FIELDS**                                                                                    **PETITIONER**
**ADC #150118**

v.                          Case No. 5:13-cv-00297-KGB/JTR

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                                **RESPONDENT**

## JUDGMENT

Consistent with the Order entered on this date, it is considered, ordered, and adjudged that this 28 U.S.C. § 2254 action is dismissed with prejudice. A certificate of appealability is denied.

SO ADJUDGED this the 21st day of May, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE